IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN TEBBENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 03 C 9352 ) |
| SERGEANT FRED BREHMER, et al., | ) ) ) |
| | ) Judge Filip |
| Defendants. | ) |

**STIPULATION BY ALL PARTIES TO DISMISS WITHOUT PREJUDICE AND TO TOLL ALL APPLICABLE STATUTES OF LIMITATIONS PENDING RESOLUTION OF CRIMINAL CHARGES**

Now come all parties, Plaintiff John Tebbens, and Defendants Fred Brehmer, Tim Gramins, and Peter Chmiel (hereinafter collectively "parties"), by and through their respective undersigned legal counsel authorized to subscribe to this stipulation on their behalf, and jointly submit this Stipulation to the Court. On the basis of the following representations and for the reasons stated herein, the parties do hereby stipulate and agree that the Court will dismiss this cause with leave to reinstate upon the terms and conditions stated herein, pursuant to Rule 41 of the Federal Rules of Civil Procedure:

1.  Plaintiff went to trial in the Circuit Court of Cook County, Illinois, in October of 2004 on charges that plaintiff had committed five separate State of Illinois criminal offenses, which criminal charges arose from the events of December 31, 2001, the same events on which this federal litigation is based.

2.  Plaintiff was found guilty of one felony and two misdemeanor charges and found not guilty of two felony charges.

#176511

13

3. Plaintiff is in the process of filing post-trial motions attacking his convictions, and, to the degree that said motions are not granted, he intends to appeal all outstanding convictions to the Illinois Appellate Court.

4. Defendants are not in a position to argue that any or all of the convictions in the state court criminal case against plaintiff should operate to collaterally estop any of plaintiff's civil rights claims in this case until such time as those convictions have become final upon the completion of all appellate reviews and final dispositions of those criminal cases.

5. The parties acknowledge that, in the absence of the tolling agreement stated herein, the Court has indicated an intent to proceed with the pending matter in litigation, and plaintiff would explore the possibility of amending his complaint, including the possible addition of new counts.

6. Based on the foregoing, and with the further understanding that the Court will dismiss this cause without prejudice and that plaintiff intends to seek the reinstatement of his complaint upon the final disposition of the state court criminal convictions and charges arising from the events of December 31, 2001, all parties hereby agree that they will refrain from and are hereby barred from contending, upon the reinstatement of this cause, that any existing claims stated in the pending cause and any other claims based on the events occurring on December 31, 2001, including any and all criminal charges that arose therefrom, are beyond the period of any otherwise applicable statute of limitations, which statute or statutes of limitations shall be considered tolled for the period of time from the date of the Court's dismissal of this cause until and only until 60 days after final

#176511

*through direct appellate review, including the HEM U.S. Supreme Court, EBM*

judgment in or final disposition ∧ of all the state court criminal proceedings against the plaintiff, after which time the tolling agreement shall expire.

7. The parties also agree not to seek reinstatement of any civil claims in this federal *HEM through direct appellate review, including the U.S. Supreme Court,* cause until after final judgment in or final disposition ∧ of all the state court criminal *EBM* proceedings against the plaintiff.

Date: Dec. 1, 2004

JOHN TEBBENS,

Plaintiff

By: *Edmund B. Moran, Jr.*
His attorney

Date: Dec. 1, 2004

SERGEANT FRED BREHMER
DETECTIVE TIM GRAMMINS
OFFICER PETER B. CHMIEL,

Defendants

By: *Henry E. Mueller*
One of their attorneys

Edmund B. Moran, Jr.
Suite 857
53 Jackson Boulevard
Chicago, Illinois 60604
(312) 408-1544

Henry Mueller
Office of the Corporation Counsel
Village of Skokie
5127 Oakton Street
Skokie, Illinois 60077
(847) 933-8270

#176511